IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR INFORMATION ASSOCIATED WITH THE FACEBOOK USER ID'S TAWNNEY, STERLING.ROBERTS.528, CHANDRA.HARMON.98, AND CHANCE.ROBERTS.5249 | Case No. _____<br><br>**Filed Under Seal** |

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Facebook Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the search warrant) of the existence of the attached search warrant until a period of one year.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation or unduly delay a trial, including by: giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of a minor child. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Facebook Inc. shall not disclose the existence of the attached search warrant, or this Order of the Court, to the listed subscriber or to any other person, for a period of one period, except that Facebook Inc. may disclose the attached search warrant to an attorney for Facebook Inc. for the purpose of receiving legal advice.

//

//

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

1-31-18
Date

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

2